PLAUD, RECURRENTE, *v.* EL REGISTRADOR DE GUAYAMA, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Guayama denegando la inscripción de un expediente de dominio.

No. 475.—Resuelto on diciembre 10, 1920.

AGRUPACIÓN DE FINCAS—BIENES PRIVATIVOS—BIENES GANANCIALES.—De acuerdo con los términos del artículo 61 del Reglamento para la ejecución de la Ley Hipotecaria, una finca formada por la agrupación de tres parcelas pertenecientes a la sociedad conyugal y una parcela de la privativa pertenencia de la esposa no es inscribible por ser requisito necesario para la inscripción de una finca formada por agrupación, que ésta pertenezca a una sola persona o a varias proindiviso.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Domínguez Rubio.*

El registrador recurrido no compareció.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

En la Corte de Distrito de Guayama promovió información Modesto María Plaud, casado con Celedonia Cora, para que se declarara justificado a su favor el dominio de una finca rústica de 16 cuerdas de cabida, y estimando probado dicha corte que esa finca fué adquirida, 4 cuerdas por compra del esposo a Genara Cora en 1901, 4 cuerdas por compra

de la esposa a Ildefonso Cora hacía más de 20 años, otras 4 cuerdas por compra también de la esposa a Eulalia Cora hacía más de 20 años y las 4 cuerdas restantes por haberlas adquirido de sus padres a título de herencia la esposa hacía más de 25 años, dictó resolución en 25 de mayo de 1920 por la que "se declara justificado el dominio de la expresada finca a favor del peticionario casado con Celedonia Cora, en la proporción de 12 cuerdas como bienes gananciales y 4 cuerdas como propias, y se ordena su inscripción en el Registro de la Propiedad de Guayama."

Presentada copia certificada de la anterior resolución al Registro de Guayama para su inscripción, el registrador la denegó por medio de nota que dice así:

"DENEGADA la inscripción del precedente documento porque la finca de diez y seis cuerdas a que el mismo se refiere es el resultado de la agrupación de cuatro parcelas de cuatro cuerdas cada una y de las cuales el promovente y su esposa Celedonia Cora adquirieron, tres por compra, o sea a título oneroso para la sociedad de gananciales, y la otra la adquirió dicha Celedonia Cora por herencia de sus padres, reputándose por tanto las tres primeras como bienes gananciales, y la última como bien de privativa pertenencia, no pudiendo por consiguiente agruparse las aludidas cuatro porciones por ser de naturaleza jurídica distinta y por pertenecer a diferentes entidades (*Durán* v. *Registrador,* 20 D. P. R. 148 vto.; *Muñoz* v. *Registrador,* 25 D. P. R. 842, y *Torres* v. *Registrador,* resuelto en diciembre 15 de 1919), habiéndose tomado en su lugar anotación preventiva. * * * "

Esa nota, su fecha 2 de agosto de 1920, ha sido recurrida por Modesto María Plaud, y la encontramos ajustada a la jurisprudencia establecida por esta Corte Suprema en las decisiones citadas por el registrador, según las cuales "para que puedan inscribirse en el registro bajo un solo número y como una sola varias fincas, es requisito necesario que éstas pertenezcan a un mismo dueño o a varios proindiviso, o lo que es lo mismo, que cada una de las distintas personas que tratan de agrupar los inmuebles ha de tener condominio en cada una de las fincas que deban reunirse."

El recurrente alega que no se trata de inscribir distintas fincas agrupadas pertenecientes a distintos dueños sino de inscribir una sola finca perteneciente en común a su esposa y a la sociedad de gananciales constituída por ambos. No es así, pues según el artículo 399 del Código Civil "hay comunidad cuando la propiedad de una cosa o de un derecho pertenece proindiviso a varias personas," lo que no sucede en el presente caso en que las 4 cuerdas adquiridas por la esposa no pertenecen proindiviso a ambos consortes sino exclusivamente a aquélla, así como las 12 cuerdas adquiridas para la sociedad conyugal pertenecen exclusivamente a dicha sociedad.

Es de confirmarse la nota recurrida.

*Confirmada la nota recurrida.*

Juccces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.